IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES P. ELLIS, | : | |
| | : | |
| **Plaintiff,** | : | **Case No.: 2:25-cv-642** |
| | : | |
| v. | : | **Judge Algenon L. Marbley** |
| | : | |
| OHIO DEPARTMENT OF | : | **Magistrate Judge Chelsey M. Vascura** |
| REHABILITATION AND | : | |
| CORRECTION, | : | |
| | : | |
| **Defendants.** | : | |

**OPINION & ORDER**

On February 12, 2026, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 38), recommending that this Court dismiss Plaintiff's case pursuant 28 U.S.C. §§ 1915A(b) and 1915(e)(2). Mr. Ellis's objection was due February 16, 2026. (ECF No. 38). Mr. Ellis was specifically advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of his failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation.  Mr. Ellis's Amended Complaint is **DISMISSED.**

Additionally, on February 2, 2026, Mr. Ellis filed a Motion to Amend Judgment (ECF No. 39) in response to this Court's January 27, 2026, Order (ECF No. 36) adopting the Magistrate's Report and Recommendation (ECF No. 16). In this Court's January 27, 2026, Order, this Court allowed Mr. Ellis to file an amended complaint. That Order was not a final judgment. Accordingly, Mr. Ellis's requested correction under Rule 59(e) does not apply as it is an interlocutory order. *Brave Optical Inc. v. Luxottica of America Inc.*, 2026 WL 376931, at *3 (S.D. Ohio Feb. 11, 2026)

1

("Because the Court's Opinion and Order did not fully dispose of all issues and expressly provided an opportunity to amend, it was not a final judgment, but rather an interlocutory order. So Rule 59(e)'s strictures do not apply."); *Lowe v. Cuyahoga Cnty./Bd. of Cnty. Commrs.*, 2011 WL 6960992, at *3 (N.D. Ohio Dec. 8, 2011), *report and recommendation adopted sub nom. Lowe v. Cuyahoga Cnty./Bd. of Commrs.*, 2012 WL 37154 (N.D. Ohio Jan. 6, 2012) ("Because the Court's order denying summary judgment is interlocutory, Rule 59(e) does not apply and it is within this Court's power and discretion to reconsider its earlier ruling."). Even if this Court were to use its discretion to reconsider its earlier ruling, Mr. Ellis merely attempts to relitigate his arguments regarding the computation of his sentence as already raised in his prior objection, which this Court will not readdress, nor would such arguments be permitted under Rule 59(e). *Campbell v. Forlini,* 2025 WL 1970244, at *1 (E.D. Mich. July 16, 2025) (citing *Howard v. United States*, 533 F.3d 472, 475 (6th Cir. 2008)). Mr. Ellis's Motion to Amend Judgment (ECF No. 39) is also **DENIED**. This case is **DISMISSED**.

      **IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  April 3, 2026**

2